AO 450 (Rev. 5/85) Judgment in a Civil Case
═══════════════════════════════════════════════════════════════════════════════
══════════

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
UNITED STATES OF AMERICA        JUDGMENT IN A CIVIL CASE
                                                   CV-04-4492   DRH

       V.

STEVEN RABINOVICI
---------------------------------------------------------------X

      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by the Court. This action came to trial or hearing before the Court.


      IT IS HEREBY ORDERED AND ADJUDGED ON CONSENT that plaintiff, UNITED STATES OF AMERICA take from defendant, STEVEN RABINOVICI, the sum of $178,511.00.

      The case is dismissed with prejudice, and without costs or attorney's fees.



Dated:  JUNE 7, 2007                    ROBERT C. HEINEMANN
 Central Islip, New York               CLERK OF THE COURT
                                        By: PATRICIA BEST
                                              Deputy Clerk